**UNITED STATES DISTRICT COURT**
**FOR THE DISRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal No. ____________** |
| | ) | |
| **v.** | ) | **52 U.S.C. §§ 30122 and 30109** |
| | ) | **and 18 U.S.C. § 2** |
| **ADAM H. VICTOR** | ) | |
| | ) | |
| ________________________ | ) | |

## FELONY INFORMATION

The United States charges:

## COUNT ONE

### Political Contributions in the Names of Others

1. The Federal Election Campaign Act of 1971, as amended, Title 52 U.S.C. §§ 30101, *et seq.* (formerly codified as Title 2 U.S.C. §§ 431, *et seq.* (2011)) (the "Election Act"), imposed financial limits on contributions for the election of a candidate for federal office, including the Presidential election and election to the United States Senate, provided for the public disclosure of the financing of federal election campaigns, and prohibited any person from making any contribution in the name of another, including reimbursing a third person, before or after that third person's contribution, as inducement to make that contribution.

2. In about November and December 2011, in the District of Columbia and elsewhere, defendant

**ADAM H. VICTOR,**

and others known and unknown, aided and abetted by each other, knowingly and willfully made and caused contributions of money, aggregating more than $10,000 and less than $25,000 during

the 2011 calendar year, to be made in the names of others to the authorized campaign committees of a candidate for the Office of the President of the United States and a candidate for the United States Senate.

Thus, the defendant violated Title 52, United States Code, Sections 30122 and 30109(d)(l)(D)(i) (formerly codified as Title 2 U.S.C. § 441f and 437(d)(l)(D)(i) (2011)) and Title 18, United States Code, Section 2.

Dated: March 7, 2017.

Todd Gee
Andrew Laing
Trial Attorneys
Public Integrity Section
Criminal Division
United States Department of Justice