## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Criminal No. 17-53** |
| v. | Judge Ketanji Brown Jackson |
| **ADAM H. VICTOR** | |

### JOINT MOTION TO CONTINUE SENTENCING HEARING

The United States and Adam H. Victor, through undersigned counsel, respectfully move the Court to continue the sentencing hearing in this case, presently scheduled for December 21, 2017, at 2:30 PM, for approximately 90 days.  In support of this motion, the parties state as follows:

1. The parties previously moved this Court to continue the sentencing hearing in this case on July 26, 2017, and again on September 22, 2017, representing in each motion that the parties were both in the process of obtaining information necessary for their allocution, and were unable to proceed to sentencing before that process was complete.  The parties are still in the process of obtaining that information and believe that they will be able to proceed to sentencing within approximately three months.

2. If the Court is inclined to continue the sentencing hearing, the parties propose any time during the week of March 5.

**DATED** this the 4th day of December, 2017.

Respectfully submitted,

/s/ *Samuel Rosenthal*                              ANNALOU TIROL
Samuel Rosenthal                                   Acting Chief, Public Integrity Section
Counsel for Adam H. Victor

By: /s/ *Andrew Laing* 
Todd Gee
Andrew Laing
United States Department of Justice
Public Integrity Section
1400 New York Ave. NW, 12th Floor
Washington, D.C. 20005
(202) 353-8433
Andrew.Laing@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2017, I electronically filed a copy of the foregoing, and it is available for viewing and downloading from the ECF system.

/s/ *Andrew Laing*
Andrew Laing
Trial Attorney